

Avant Building - Suite 900 | 200 Delaware Avenue | Buffalo, NY 14202-2107 | **bsk.com**

<u>**VIA ECF**</u>

**JEREMY P. OCZEK**
jpoczek@bsk.com
P: 716.416.7037

June 6, 2019

Honorable Edgardo Ramos
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

**Re:** **Signify North America Corporation *et al*. v. Reggiani Lighting USA *et al*.**
**<u>Civil No. 1:18-cv-11098-ER</u>**

Dear Judge Ramos:

As requested at the May 9, 2019 conference, we write to inform the Court that Plaintiffs Signify North America Corporation and Signify Holding B.V. (collectively, "Signify") will be filing a motion to dismiss with respect to Defendants' Second Amended Answer, Defenses, and Counterclaims (Dkt. 38). In accordance with the briefing schedule set by the Court, Signify will file its motion papers on or before June 24, 2019.

Respectfully submitted,

*s/ Jeremy P. Oczek*
Jeremy P. Oczek

*Counsel for Plaintiffs Signify North America*
*Corporation and Signify Holding B.V.*

cc: Counsel of Record (via ECF)