**BOND SCHOENECK & KING**

Avant Building - Suite 900 | 200 Delaware Avenue | Buffalo, NY 14202-2107 | **bsk.com**

<u>**VIA ECF**</u>

**JEREMY P. OCZEK**
jpoczek@bsk.com
P: 716.416.7037

June 24, 2019

Honorable Edgardo Ramos
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

**Re:   Signify North America Corporation** *et al*. **v. Reggiani Lighting USA** *et al*.
<u>**Civil No. 1:18-cv-11098-ER**</u>

Dear Judge Ramos:

In accordance with Your Honor's Individual Practices, Plaintiffs Signify North America Corporation and Signify Holding B.V. (collectively, "Signify") respectfully request oral argument in connection with Signify's Motion to Dismiss Defendants' Counterclaims and Strike Affirmative Defenses of Patent Misuse and Inequitable Conduct (Dkt. 40).

Respectfully submitted,

*s/ Jeremy P. Oczek*
Jeremy P. Oczek

*Counsel for Plaintiffs Signify North America*
*Corporation and Signify Holding B.V.*

cc: Counsel of Record (via ECF)