# WUERSCH & GERING

**Maria Luisa Palmese | Partner**
E-mail maria.palmese@wg-law.com
Direct 212-509-4744

July 25, 2019

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    **Signify North America Corp., et al. v. Reggiani Lighting USA, Inc., et al., <u>Civil Action No. 1:18-cv-11098-ER</u>**

Dear Judge Ramos:

    We write on behalf of Defendants Reggiani Lighting USA, Inc., and Reggiani S.p.A. Illuminazione ("Reggiani").  In compliance with the Court's Individual Rules, and as noted on Reggiani's Memorandum, Reggiani respectfully requests oral argument in connection with Signify's Motion to Dismiss Defendants' Counterclaims and Strike Affirmative Defenses of Patent Misuse and Inequitable Conduct [Dkt. 40], and Reggiani's Memorandum in Opposition to Signify's Motion [Dkt. 43].

                    Respectfully submitted,

                    <u>/s/ Maria Luisa Palmese</u>
                    Maria Luisa Palmese

cc: Counsel of Record (via ECF)

Wuersch & Gering LLP   Firm 212-509-5050
100 Wall Street, 10th Floor   Web wg-law.com
New York, NY 10005