## **CERTIFICATE OF SERVICE**

I certify that all counsel of record, who are deemed to have consented to electronic service are being served August 7, 2019, with a copy of the REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS AND STRIKE AFFIRMATIVE DEFENSES OF PATENT MISUSE AND INEQUITABLE CONDUCT, along with Exhibits A-C, via the CM/ECF system.

/s/ *Jeremy P. Oczek*
Jeremy P. Oczek