# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION<br>and<br>SIGNIFY HOLDING B.V.<br><br>       Plaintiffs,<br><br>    vs.<br><br>REGGIANI LIGHTING USA, INC.<br>and<br>REGGIANI S.P.A. ILLUMINAZIONE<br><br>       Defendants. | Civil Action No. 1:18-cv-11098-ER |

## JOINT STIPULATION OF DISMISSAL

  IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiffs Signify North America Corporation and Signify Holding B.V. and Defendants Reggiani Lighting USA, Inc. and Reggiani S.p.A. Illuminazione in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. All attorneys' fees, costs, and expenses shall be borne by the party incurring same.

Dated: _June 3_, 2020

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| BOND, SCHOENECK & KING, PLLC | WUERSCH & GERING LLP |

Jeremy P. Oczek (JO1975)
Sharon M. Porcellio (SP1020)
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7000
Email: jpoczek@bsk.com
Email: sporcellio@bsk.com

George R. McGuire (GM0272)
Jonathan L. Gray (Admitted *pro hac vice*)
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8500
Email: gmcguire@bsk.com
Email: jlgray@bsk.com

*COUNSEL FOR PLAINTIFFS*
*Signify North America Corporation and*
*Signify Holding B.V.*

Maria Luisa Palmese
maria.palmese@wg-law.com
John Smitten
john.smitten@wg-law.com
100 Wall Street, 10th Floor
New York, New York 10005
Tel: 212-509-5050
Fax: 212-509-9559

*COUNSEL FOR DEFENDANTS*
*Reggiani Lighting USA, Inc., and Reggiani*
*S.p.A. Illuminazione*

## CERTIFICATE OF SERVICE

I hereby certify that on _June 3_, 2020, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all registered CM/ECF participants in this case.

_____
Jeremy P. Oczek